1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  SHANNON E. TURNER (CSB No. 310121)
   sturner@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:   415.875.2300
5  Facsimile:   415.281.1350

6  ATTORNEYS FOR DEFENDANT
   IMPERVA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN POINSIGNON, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERVA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-05653-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO DISMISS HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Plaintiff Julien Poinsignon ("Plaintiff") and Defendant Imperva, Inc. ("Imperva") by and through their respective counsel, (collectively, the "Parties"), hereby agree and stipulate, and request an order from the Court to reschedule the hearing on Imperva's Motion to Dismiss and the Initial Case Management Conference currently set for January 4, 2018, and adjusting accordingly the related deadlines. In support of this request, the parties stipulate as follows:

WHEREAS, Imperva filed a Motion to Dismiss Plaintiff's Complaint on November 6, 2017, with a hearing date of December 14, 2017, which Motion is now fully briefed;

WHEREAS, on November 22, 2017, the Court rescheduled the hearing for January 4, 2018 at 1:30 pm and the Initial Case Management Conference is scheduled for the same time;

WHEREAS, Imperva's lead trial counsel has family travel scheduled on January 4, 2018, that would make him unavailable for the Motion to Dismiss hearing and Initial Case Management Conference on that date;

WHEREAS, the Parties have conferred and agree that this stipulated extension will not cause prejudice to any of the Parties, and that there is good cause for the requested continuance, and have, subject to the Court's convenience, agreed to a hearing date of January 25, 2018;

WHEREAS, the Parties previously stipulated once to extend the time for Imperva to respond to the Complaint (Dkt. 7), and there have been no other time modifications in this case by stipulation or Court order; and

WHEREAS, this short extension will not substantively affect the overall case schedule, particularly given the preliminary stage of this litigation.

NOW THEREFORE, the Parties hereby stipulate and agree that the Motion to Dismiss hearing and Initial Case Management Conference set for January 4, 2018 be rescheduled to January 25, 2018 and that all corresponding deadlines be extended accordingly. The Parties respectfully request that the Court enter this schedule as an accommodation, or such other as the Court finds convenient, in the attached proposed order.

Dated: December 4, 2017       FENWICK & WEST LLP

                              By: */s/ Laurence F. Pulgram*
                                  Laurence F. Pulgram

                              Attorneys for Defendant
                              IMPERVA, INC.

Dated: December 4, 2017       SETAREH LAW GROUP

                              By: */s/ H. Scott Leviant*
                                  H. Scott Leviant

                              Attorneys for Plaintiff
                              JULIEN POINSIGNON

## **ATTORNEY ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from its signatory.

                                                              */s/ Laurence F. Pulgram*
                                                              Laurence F. Pulgram

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 **[PROPOSED] ORDER**

2 Upon consideration of the Stipulation to Continue Motion to Dismiss Hearing and Initial
3 Case Management Conference filed by Plaintiff Julien Poinsignon and Defendant Imperva, Inc.,
4 **IT IS HEREBY ORDERED** as follows:

5 1. The Motion to Dismiss hearing currently scheduled for January 4, 2018 will be
6 rescheduled to January 25, 2018 at 1:30 pm.

7 2. The Initial Case Management Conference currently scheduled for January 4, 2018
8 will be rescheduled to January 25, 2018 at 1:30 p.m.

9 3. All relevant deadlines set forth in the Case Management Conference Order in
10 Reassigned Cases are extended in accordance with the new date for the Initial Case Management
11 Conference.

Dated: 12/6 , 2017



_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER    CASE NO.: 3:17-CV-05653-EMC