LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ATTORNEYS FOR DEFENDANT
IMPERVA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN POINSIGNON, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPERVA, INC., a Delaware corporation; INSPERITY PEO SERVICES, L.P., a Delaware limited liability partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-05653-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiff Julien Poinsignon ("Plaintiff") and Defendant Imperva, Inc. ("Imperva") by and through their respective counsel, hereby agree and stipulate, and request an order from the Court, extending Imperva's time to respond to the First Amended Complaint. In support of this request, the parties stipulate as follows:

WHEREAS, on April 9, 2018, the Court dismissed the Complaint in its entirety, with leave to amend as to certain claims (Dkt. 34);

WHEREAS, on May 10, 2018, Plaintiff filed the First Amended Complaint (Dkt. 35);

WHEREAS, Imperva's deadline to answer or otherwise respond to the First Amended Complaint is currently May 24, 2018;

WHEREAS, the parties have, pursuant to the ADR procedures and orders of this Court, scheduled a mediation for June 4, 2018 in San Francisco, California before Michael Dickstein;

WHEREAS, in light of the scheduled mediation, the parties wish to extend Imperva's deadline for responding to the First Amended Complaint until after time to complete the mediation, specifically, to June 18, 2018;

WHEREAS, the parties have conferred and agree that this stipulated extension will not cause prejudice to any of the parties, and that there is good cause for the requested continuance;

WHEREAS, the Parties previously stipulated to extend the time for Imperva to respond to the Complaint (Dkt. 7) and to reschedule the motion to dismiss hearing and initial case management conference (Dkt. 18), and there have been no other time modifications in this case by stipulation or Court order; and

WHEREAS, this short extension will not substantively affect the overall case schedule, particularly given the preliminary stage of this litigation and benefits of early mediation.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Imperva, Inc., through their respective counsel, as follows:

1. The deadline for Defendant Imperva, Inc. to respond to the First Amended Complaint shall be extended to and including June 18, 2018.

Dated: May 21, 2018                    FENWICK & WEST LLP


By: */s/ Shannon E. Turner*
    Shannon E. Turner

Attorneys for Defendant
IMPERVA, INC.

Dated: May 21, 2018         SETAREH LAW GROUP


                            By: */s/ H. Scott Leviant*
                                H. Scott Leviant

                            Attorneys for Plaintiff
                            JULIEN POINSIGNON

**ATTORNEY ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from its signatory.

                                          */s/ Shannon E. Turner*
                                          Shannon E. Turner

Fenwick & West LLP
Attorneys at Law
Mountain View

4

STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED
COMPLAINT

CASE NO.: 3:17-CV-05653-EMC

**[PROPOSED] ORDER**

Upon consideration of the Stipulation to Extend Time to Respond to First Amended Complaint filed by Plaintiff Julien Poinsignon and Defendant Imperva, Inc., **IT IS HEREBY ORDERED** as follows:

1. The deadline for Defendant Imperva, Inc. to respond to the First Amended Complaint shall be extended to and including June 18, 2018.

Dated: 5/24, 2018



_____
Edward M. Chen
District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

CASE NO.: 3:17-CV-05653-EMC