Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
    scott@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:     (310) 888-7771
Facsimile:     (310) 888-0109

Attorneys for Plaintiff
JULIEN POINSIGNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN POINSIGNON, on behalf of himself, all others similarly situated,<br><br>             *Plaintiff*,<br><br>      vs.<br><br>IMPERVA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>             *Defendants*. | Case No.: 3:17-cv-05653-EMC<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**  ; ORDER<br><br>Action Filed:  August 25, 2017<br>Removed:       September 29, 2017 |

TO THE COURT:

Plaintiff and Defendant hereby inform the Court that the parties attended mediation on June 4, 2018 and have reached an agreement in principle to settle the case on a classwide basis.  Accordingly, the Parties respectfully request that the Court vacate all pending deadlines as the parties work towards finalizing the settlement and filing preliminary approval documents.

Respectfully submitted,

Dated: June 6, 2018                    **SETAREH LAW GROUP**

By: _____
                                       Shaun Setareh
                                       H. Scott Leviant[1]

                                       Attorneys for Plaintiff


Dated: June 6, 2018                    **FENWICK & WEST LLP**

By:  /s/ Shannon Turner, by permission
                                       Laurence F. Pulgram
                                       Shannon E. Turner

                                       Attorneys for Defendant IMPERVA, INC.


IT IS SO ORDERED that the motion for preliminary approval shall be filed by 7/9/18.
Motion hearing and CMC set for 8/16/18 at 1:30 p.m.  Joint CMC statement due 8/9/18.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---

[1] Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories