UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN POINSIGNON,<br><br>          Plaintiff.<br><br>    v.<br><br>IMPERVA, INC.,<br><br>          Defendant. | Case No. 17-cv-05653-EMC<br><br>**FINAL JUDGMENT**<br><br>Re: Dkt. No. 59 |

On February 8, 2019, the Court granted Motion for Settlement/Motion to Certify Class; granting Motion for Attorney Fees (Docket Nos [51],[52]). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS Judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 2/20/2019

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE